People v Gouldbourne (2025 NY Slip Op 05753)

People v Gouldbourne

2025 NY Slip Op 05753

Decided on October 16, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: October 16, 2025

Before: Kern, J.P., Scarpulla, Pitt-Burke, O'Neill Levy, Michael, JJ. 

Ind No. 70800/24|Appeal No. 4972|Case No. 2024-05626|

[*1]The People of the State of New York, Respondent,
v
Tariq Gouldbourne, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (Emilia King-Musza of counsel), for appellant.
Darcel D. Clark, District Attorney, Bronx (Mary McGarvey-DePuy of counsel), for respondent.

Judgment, Supreme Court, Bronx County (Shari R. Michels, J.), rendered August 22, 2024, convicting defendant, upon his guilty plea, of criminal possession of a weapon in the fourth degree, and sentencing him to a three-year term of probation, unanimously affirmed.
Defendant validly waived his right to appeal (see People v Thomas, 34 NY3d 545, 559 [2019], cert denied 589 US —, 140 S Ct 2634 [2020]), which forecloses review of his Second Amendment argument based on New York State Rifle & Pistol Assn., Inc. v Bruen (597 US 1 [2022]) (see People v Guzman, 236 AD3d 472, 472 [1st Dept 2025], lv denied 43 NY3d 1045 [2025]; People v Johnson, 225 AD3d 453 [1st Dept 2024], lv granted 42 NY3d 939 [2024]).
As an alternative holding, we find that defendant lacks standing to advance his Second Amendment challenge because he never applied to obtain a gun license (see People v Maldonado, 230 AD3d 1069, 1070 [1st Dept 2024], lv denied 42 NY3d 1053 [2024]; Johnson, 225 AD3d at 455).
Defendant's valid waiver of his right to appeal also forecloses review of his excessive sentence claim (see Johnson, 225 AD3d at 455).). In any event, we perceive no basis for reducing the sentence. 
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: October 16, 2025